UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 13-355(DSD/JJK)

Richard John LaFountaine,

        Plaintiff,

v.                                                    **ORDER**

Dave Reishus, David Paulson,
Stephen Craane, Barb Nelson,
Kathy Reid, individually and
in their official capacities,

        Defendants.

    Richard J. LaFountaine, 203751, MCF-Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082, pro se.

    Scott A. Grosskreutz, Minnesota Attorney General's Office, Suite 900, 445 Minnesota Street, St. Paul, MN 55101; Andrea P. Hoversten, Charles A. Gross and Geraghty, O'Loughlin & Kenney, PA, Alliance Bank Center, Suite 1100, 55 East Fifth Street, St. Paul, MN 55101, counsel for defendants.

    This matter is before the court upon the objections by pro se plaintiff Richard John LaFountaine to the July 16, 2014, report and recommendation of Magistrate Judge Jeffrey J. Keyes. The magistrate judge recommended that the court grant defendants' motions for summary judgment, deny LaFountaine's motion concerning altered medical documents and that the action be dismissed with prejudice. LaFountaine objects for reasons not responsive to the report and recommendation.

    The court reviews the report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R.

72.2(b). After a thorough review of the file and record, the court finds that the report and recommendation is well-reasoned and correct. Accordingly, **IT IS HEREBY ORDERED** that:

1. The objections [ECF No. 164] to the magistrate judge's report and recommendation are overruled;

2. The magistrate judge's report and recommendation [ECF No. 161] is adopted in its entirety;

3. The motions for summary judgment [ECF Nos. 93, 98] are granted;

4. The motion concerning altered medical documents [ECF No. 131] is denied; and

5. The action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 27, 2014

                                          s/David S. Doty  
                                          David S. Doty, Judge  
                                          United States District Court